# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Kendall Ormond London, Jr.    **DISTRICT JUDGE:** Robert J. Jonker

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:24-cr-17 | March 26, 2025 | 11:02 - 11:45 a.m. | Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Daniel Mekaru | J. Allen Fiorletta | Retained |

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute  ☐ nolo contendre
  - ☐ not guilty  ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention  (waived ___)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ✓ Change of Plea
- ☐ Sentencing
- ☐ Trial
- ☐ Other: _____

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ✓ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☐ Other: _____

### CHANGE OF PLEA
Charging Document:
- ☐ Read    ☐ Reading Waived

Guilty Plea to Count(s) 1
of the Indictment

Count(s) to be dismissed at sentencing: _____

- ✓ Presentence Report Ordered
- ☐ Presentence Report Waived
- ✓ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

| | |
|---|---|
| Imprisonment: _____ | Plea Agreement Accepted:  ☐ Yes  ☐ No |
| Probation: _____ | Defendant informed of right to appeal:  ☐ Yes  ☐ No |
| Supervised Release: _____ | Counsel informed of obligation to file appeal:  ☐ Yes  ☐ No |
| Fine: $ _____ | Conviction Information: |
| Restitution: $ _____ | Date: _____ |
| Special Assessment: $ _____ | By: _____ |
| | As to Count (s): _____ |

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ |
| **CASE TO BE:**  Set for Hearing | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Carpenter |