UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,          Case No. 2:24-cr-00017-RJJ

v.          Hon. Robert J. Jonker

KENDALL ORMOND LONDON, JR,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:  July 21, 2025   02:00 PM
Judge:  Robert J. Jonker
Place/Location:  699 Federal Building, Grand Rapids, MI

*Assuming the sentencing proceeds in Grand Rapids, the Court will provide a video conference link so the interested parties can participate in the hearing from the courtroom in Marquette, Michigan.*

        ROBERT J. JONKER
        United States District Judge

Dated:  March 26, 2025      By:  /s/ Stephanie Carpenter
        Case Manager